# EXHIBIT 1

**May 18, 2015 Discovery Disclosure**

| | |
|---|---|
| 0001-0023 | St. Louis MPD – Incident Report – CN 15-019805 – Marc Wasem – dated 5/12/15 |
| 0024-0025 | St. Louis MPD – Consent to Search for 5036 Newport on 4/24/15 |
| 0026 | Jacobi Temple – Arrest Record for Arrest # 15/7431 |
| 0027 | Samuel Spires – Arrest Record for Arrest # 15/6932 |
| 0028-0030 | St. Louis MPD Lab Report – Report # 001 – Lab Case #LAB-15-005529 – CN 15-019805 – Allyson Seger (Drug Identification) |
| 0031-0032 | Jacobi Temple – Lynx Mugshot History (color) |
| 0033-0034 | Duplicate of Jacobi Temple – Lynx Mugshot History (color) |
| 0035 | Jacobi Temple Lynx: SMT Profile (color) |
| 0036-0037 | Jacobi Temple MO State DOR Info |
| 0038-0039 | Jacobi Temple MO State MULES Response |
| 0040 | Jacobi Temple NCIC wanted response |
| 0041 | Jacobi Temple – Lynx Matrix |
| 0042 | Lynx Popup – Samuel Spires & Demante Syms |
| 0043 | Lynx Popup – Deandre Rice & Demante Syms |
| 0044 | Jacobi Temple – Meta-Person Composite Info |
| 0045-0047 | Jacobi Temple – Meta-Person Charges History |
| 0048-0050 | Jacobi Temple – Meta-Person Address History |
| 0051 | Jacobi Temple – Lynx Meta-Person Collection |
| 0052 | Jacobi Temple – FIR Record List |
| 0053-0054 | Jacobi Temple LOCAL Responses, Pages 5-6 |
| 0055-0058 | Jacobi Temple LOCAL Responses, Pages 1-4 |
| 0059 | Jacobi Temple – DMV photo (color) |
| 0060-0061 | Jacobi Temple – driver history |
| 0062-0063 | Duplicate of Jacobi Temple – driver history |
| 0064 | Duplicate of Jacobi Temple – DMV photo (color) |
| 0065-0066 | Duplicate of Jacobi Temple – driver history |
| 0067 | Jacobi Temple – NCIC III History |

| | |
|---|---|
| 0068-0075 | Jacobi Temple – NCIC Response |
| 0076-0104 | Jacobi Temple – criminal history |
| 0105-0111 | Jacobi Temple – wanted person report |
| 0112-0117 | Jacobi Temple – wanted person report |
| 0118-0143 | Photos from 5036 Newport search warrant |
| 0144-0145 | Photos of front and back of envelope – 23 photos taken by Detective Marc Wasem on 4/24/15 at 5036 Newport |

**August 31, 2015 Discovery Disclosure**

| | |
|---|---|
| 0001-0004 | St. Louis MPD - Incident Report - CN 15-013998 – Daniel Sweeney - dated 3/31/15 |
| 0005-0008 | St. Louis MPD Supp'l Report – Recovered Property – CN 15-013998 – Tracey Chaney - dated 4/1/15 |
| 0009 | duplicate of Bates page 0008 |
| 0010-0012 | St. Louis MPD Supp'l Report – Additional Information – CN 15-013998 – Bobby Baine – dated 4/13/15 |
| 0013 | St. Louis MPD - property receipt – CN 15-013998 - dated 3/31/15 (Kelly Olsten cell phone) |
| 0014 | St. Louis MPD property receipt – CN 15-013998 – dated 3/31/15 (Brittney Brown cell phone) |
| 0015-0016 | St. Louis MPD supp'l Report - ETU report – CN 15-013998 – Kelly Tippett - dated 5/14/15 |
| 0017 | duplicate of page 0016 |
| 0018-0019 | St. Louis MPD supp'l Report - ETU report – CN 15-013998 – Kelly Tippett - dated 5/16/15 |
| 0020 | duplicate of page 0019 |
| 0021-0022 | St. Louis MPD Supp'l Report – Recovered Property – CN 15-013998 – Jimmy Hyatt - dated 5/26/15 & 6/13/15 |
| 0023-0028 | St. Louis MPD – Supp'l Report – Arrest – CN 15-013998 – Daniel Sweeney – dated 7/15/15 |
| 0029-0031 | St. Louis MPD – Incident Report – CN 15-014032 – Clinton Bertke – dated 3/28/15 |
| 0032-0033 | St. Louis MPD Supp'l Report – ETU report – CN 15-014032 – Michael Mooney – dated 3/28/15 |
| 0034-0035 | St. Louis MPD Supp'l Report – Reclassification of Report – CN 15-014032 – Clinton Bertke – dated 7/28/15 |

| | |
|---|---|
| 0036-0037 | St. Louis MPD Supp'l Report – Recovered Property - CN 15-014032 – Scott Sailor – dated 4/1/15 |
| 0038-0039 | St. Louis MPD Supp'l Report – Lab Use Only Latent Print ID – CN 15-014032 – Meghan Hall/Christine Patti – dated 4/6/15 |
| 0040-0047 | St. Louis MPD – Supp'l Report – Additional Info – CN 15-014032 – Clinton Bertke – dated 5/1/15 & 5/26/15 |
| 0048-0053 | St. Louis MPD – Supp'l Report – Arrest – CN 15-014032 – Dan Sweeney – dated 7/28/15 |
| 0054-0062 | St. Louis MPD – lab report – Report # 0001 – Lab Case # 15-002992 - CN 15-013998 – Kelly Tippett (crime scene report – Itaska scene) |
| 0063-0074 | St. Louis MPD – lab report – Report # 0003 – Lab Case # 15-002992  - CN 15-013998 – Erica Oppelz (biological screening – Itaska scene evidence) |
| 0075-0080 | St. Louis MPD – lab report – Report # 006 – Lab Case # 15-00292 – CN 15-013998 – Pamela Larkin (DNA analysis – Itaska scene evidence) |
| 0081-0087 | St. Louis MPD – lab report – Report # 003 – Lab Case # 15-00229 – CN 15-014032 – Erica Oppelz (biological screening – alleyway scene evidence) |
| 0088-0090 | St. Louis MPD – amended lab report – Report # 0015 – Lab Case # 15-002992  - CN 15-013998 – Emily Matthews (Amended Report – Crime Scene Examination – Itaska) |
| 0091-0104 | St. Louis MPD – lab report – Report # 0008 - Lab Case # 15-002292 – CN 15-013998  - Kelly Tippett (Crime Scene Examination – 1998 Buick LeSabre) |
| 0105-0111 | St. Louis MPD – lab report – Report # 0014 – Lab Case # 15-002992 – CN 15-013998 – Katherine Castillo (firearm comparison) |
| 0112 | ATF – ROI – Report # 1 - Investigation Number 779045-15-0079 – Mark Wynn |
| 0113-0114 | ATF – ROI – Report # 5 – Explosives Detection Canine Deployment - Investigation Number 779045-15-0079 – Mark Wynn |
| 0115-0116 | ATF – ROI – Report # 7 – Federal search warrant – Investigation Number  779045-15-0079 – Mark Wynn (search warrant of Buick) |
| 0117-0137 | St. Louis MPD – Incident Report – CN 15-019805 – Marc Wasem – dated 5/12/15 (search of 5036 Newport) |
| 0138-0139 | consent to search – 5036 Newport – 4/24/15 |
| 0140 | Jacobi Temple – Arrest Record – Arrest # 15/7431 |
| 0141 | Samuel Spires arrest record – Arrest # 15/6932 |
| 0142-0143 | St. Louis MPD report – Supp'l Report – Warrant Information – CN 15-019805 – Marc Wasem – dated 5/6/15 |
| 0144-0145 | consent to search – 5036 Newport – 4/24/15 |

| | |
|---|---|
| 0146-0148 | St. Louis MPD – lab report – Report # 0001 – lab case # 15-005529 – CN 15-019805 - Allyson Seger (drug identification) |
| 0149 | outside of evidence envelope |
| 0150-0152 | photos of Buick from traffic cameras |
| 0153 | Jacobi Temple - Lynx search: ticket info |
| 0154 | evidence envelope – Burlington Coat Factory video |
| 0155 | Burlington Coat Factory receipt  - transaction 26808 |
| 0156 | Burlington Coat Factory receipt – transaction 26809 |
| 0157-0160 | St. Louis Medical Examiner - James Lacey – Post-Mortem Examination Report |
| 0161 | St. Louis Medical Examiner - James Lacey – pathologic findings |
| 0162-0163 | St. Louis Medical Examiner - James Lacey – toxicology results |
| 0164 | St. Louis Medical Examiner - COR Affidavit – James Lacey photos |
| 0165-0177 | St. Louis Medical Examiner - Thumbnails of James Lacey autopsy and medical examiner scene photos (black & white) |
| 0178-0181 | St. Louis Medical Examiner - Paige Schaeffer – Post-Mortem Examination Report |
| 0182 | St. Louis Medical Examiner - Paige Schaeffer – pathologic findings |
| 0183-0184 | St. Louis Medical Examiner - James Lacey – toxicology results (duplicate of 162-163) |
| 0185 | St. Louis Medical Examiner - COR Affidavit – Paige Schaeffer photos |
| 0186-0194 | St. Louis Medical Examiner - Thumbnails of Paige Schaeffer autopsy and medical examiner scene photos (black & white) |
| 0195-0199 | St. Louis Medical Examiner – Tammie Thurmond – Post-Mortem Examination Report |
| 0200-0201 | St. Louis Medical Examiner – Tammie Thurmond – pathologic findings |
| 0202 | St. Louis Medical Examiner – Tammie Thurmond – Microscopic Slide Examination |
| 0203-0204 | St. Louis Medical Examiner – Tammie Thurmond – toxicology results |
| 0205 | St. Louis Medical Examiner - COR Affidavit – Tammie Thurmond photos |
| 0206-0219 | St. Louis Medical Examiner - Thumbnails of Tammie Thurmond autopsy photos (black & white) |
| 0220-0224 | St. Louis MPD Incident Report – CN 15-002480 – Candra Burnett – dated 1/17/15 |
| 0225 | Jacobi Temple – Wanted Person – W20131551 |
| 0226-0229 | St. Louis MPD Incident Report – CN 15-002480 – Candra Burnett – dated 1/17/15 |

| | |
|---|---|
| 0230 | Jacobi Temple – Wanted Person - W20131551 |
| 0231-0249 | St. Louis MPD – Incident Report – CN 15-002992 - James Wilcox – dated 1/24/15 |
| 0250 | St. Louis MPD – Prisoner Processing Copy – Deandre Rice |
| 0251-0253 | NCIC entries – stolen, recovered, cleared firearm |
| 0254 | City of St. Louis tow sheet |
| 0255 | NCIC stolen car entry |
| 0256 | St. Louis MPD – Prisoner Processing Copy – Demante Syms |
| 0257 | Missouri Dept. of Revenue Motor Vehicle Bureau – Crime Inquiry & Inspection Report/Authorization to Tow (Pontiac) |
| 0258-0267 | St. Louis MPD – Incident Report – CN 14-003874 – Emin Talic – dated 2/3/14 |
| 0268-0269 | St. Louis MPD – Incident/Investigation Report – OCA: 14-003874 |
| 0270-0271 | St. Louis MPD – Supp'l Report – Warrant Information – CN 14-003874 – Emin Talic/James Cox – 2/4/14 |
| 0272 | St. Louis MPD – Incident/Investigation Report – supplemental – OCA: 14-003874 |
| 0273-0288 | St. Louis MPD – Incident Report – CN 15-002992 – James Wilcox – dated 1/24/15 |
| 0289 | City of St. Louis tow sheet – Pontiac |
| 0290 | NCIC – vehicle entry |
| 0291 | St. Louis MPD Prisoner Processing Copy – Demante Syms |
| 0292 | Missouri Dept. of Revenue Motor Vehicle Bureau – Crime Inquiry & Inspection Report/Authorization to Tow (Pontiac) |
| 0293-0298 | St. Louis MPD  - Incident Report – CN 15-007115 – Christopher Rumpsa dated 2/14/15 |
| 0299 | St. Louis Metro Police – Syms arrest |
| 0300 | St. Louis MPD – Supp'l Report – Additional Information – CN 15-007115 – Diana Skidmore – dated 2/17/15 |
| 0301-0316 | St. Louis MPD – Supp'l Report – Follow Up – CN 15-013998 – Dan Sweeney – dated 8/4/15 |
| 0317-0319 | St. Louis MPD – Supp'l Report – Additional Information – CN 15-013998 – Bobby Baine – dated 4/13/15 |
| 0320 | St. Louis MPD – property receipt (Kelly Olsten cell phone) |
| 0321 | St. Louis MPD – property receipt (Brittany Brown cell phone) |
| 0322 | St. Louis MPD – property receipt (Kelly Olsten cell phone) (duplicate of 320) |

| | |
|---|---|
| 0323 | St. Louis MPD – property receipt (Brittany Brown cell phone) (duplicate of 321) |
| 0324-0327 | St. Louis MPD Item Listing – 8/10/15 10:40 am Complaint #: 15013998 |
| 0328-0331 | Search Warrant – Buick |
| 0332 | Evidence Envelope – 5036 Newport photos taken by Detective Wasem |
| 0333-0356 | color copies – photos – 5036 Newport |
| 0357 | color photo – Demante Syms – driver's license |
| 0358 | Syms driver history printout (1st page – color) |
| 0359 | Syms mug shot history (color copy) |
| 0360 | Syms – hot file history result |
| 0361-0362 | Syms driver history printout |
| 0363-0364 | Syms driver history printout |
| 0365 | Syms NCIC III history |
| 0366 | Syms – NCIC identifying information |
| 0367-0368 | Syms – Lynx: Meta-Person Collection |
| 0369 | Syms – Lynx: Matrix |
| 0370 | Syms & Temple – Lynx Popup |
| 0371 | Syms Meta-Person Composite Information |
| 0372-0373 | Syms – Meta Person Charges History |
| 0374-0375 | Syms – Met-Person Address History |
| 0376 | Syms – Lynx Timeline Analysis |
| 0377 | Syms – DOR & Wanted Information |
| 0378-0393 | Syms – criminal history |
| 0394 | Temple – criminal record – 1st page |
| 0395 | Temple – 4/25/15 arrests |
| 0396-0397 | Spires – Lynx: Mugshot History (color copy) |
| 0398-0399 | Spires – Lynx Address History |
| 0400-0401 | Spires – Meta-Person Composite (color) |
| 0402 | Spires – Lynx: SMT profile (color) |
| 0403 | Spires Field Interview Report – 2010-07-14 23:15 |

| | |
|---|---|
| 0404 | Spires – Field Interview Report – 2010-08-10 00:31 |
| 0405 | Spires – Lynx Matrix |
| 0406-0407 | Spires Meta-Person Charges History |
| 0408 | Spires – Lynx: Meta-Person Collection |
| 0409 | Spires – Wanted Record List |
| 0410-0428 | Spires criminal history |
| 0429-0431 | Spires driver history |
| 0432-0439 | Spires NCIC |
| 0440-0441 | Temple mugshot history (color) |
| 0442-0443 | Temple mugshot history (duplicate of 440-441) |
| 0444 | Temple Lynx: SMT Profile |
| 0445-0446 | Temple MO State DOR Info |
| 0447-0448 | Temple MO State MULES Response |
| 0449 | Temple NCIC wanted person response |
| 0450 | Temple Lynx Matrix |
| 0451 | Spires & Syms Lynx Popup |
| 0452 | Deandre Rice & Demante Syms Lynx Popup |
| 0453 | Temple Meta-Person Composite Information |
| 0454-0456 | Temple Meta-Person Charges History |
| 0457-0459 | Temple Meta-Person Address History |
| 0460 | Temple – Lynx: Meta-Person Collection |
| 0461 | Temple – FIR Record List |
| 0462-0463 | Temple – Local Responses warrants (pages 5-6) |
| 0464-0467 | Temple – local responses warrants  (pages 1-4) |
| 0468 | Temple DMV photo (color) |
| 0469-0470 | Temple driver history |
| 0471-0472 | Temple driver history |
| 0473 | Temple DMV photo (color) |
| 0474-0475 | Temple driver history |

| | |
|---|---|
| 0476 | Temple NCIC III |
| 0477-0484 | Temple NCIC criminal history |
| 0485-0513 | Temple criminal history |
| 0514-0520 | Temple warrants |
| 0521-0526 | Temple warrants |
| 0527-0532 | 22nd Judicial Circuit – Case Number 1522-CR01178-01 – bond paperwork |
| 0533-0536 | 22nd Judicial Circuit – Case Number 1522-CR01726 – bond paperwork |
| 0537 | Evidence Envelope – CN:15013998  (119 photos taken on 5/13/15 by Evidence Tech Kelly Tippett) |
| 0538-0656 | color copy of Tippett photos (various evidence bags and photos of Buick) |
| 0657 | Evidence Envelope – CN: 15013998 (25 photos taken by Evidence Tech Kelly Tippet on 5/13/15) |
| 0658-0682 | color copies of Tippett photos (evidence bags and photos of Buick where located) |
| 0683 | Evidence Envelope – CN: 15013998 (24 photos taken on 5/14/15 by Evidence Tech Emily Matthews) |
| 0684-0707 | color copies of Matthews photos (evidence bags and firearm located in bush) |
| 0708-0830 | color copies – Itaska crime scene photos & evidence bags |
| 0831-0858 | color copies of photos – Tammie Thurmond murder crime scene |
| 0859-1006 | color copies of medical examiner photos of James Lacey autopsy and crime scene |
| 1007-1055 | color copies of medical examiner photos of Paige Schaeffer autopsy and crime scene |

Digital Evidence

Burlington Coat Factory surveillance video

All Itaska 911 and dispatch calls

Itaska Crime Scene Video

**September 1, 2015 Discovery Disclosure**

Video of Jacobi Temple police interview