# EXHIBIT 2

Case: 4:15-cr-00230-JAR-JMB   Doc. #:  89-2   Filed: 12/28/15   Page: 1 of 2 PageID #: 518

**December 2015 Supplemental Discovery Disclosure**

- St. Louis MPD -- Incident Report -- CN 12-065037 -- David Crocker -- dated December 20, 2012
- St. Louis MPD -- Incident Report -- CN 13-014979 -- Lon Ray -- dated April 1, 2013
- St. Louis MPD -- Updated Laboratory Reports Related to Incident Report CN 15-013998
- St. Louis MPD -- Updated Laboratory Reports Related to Incident Report CN 15-014032
- St. Louis MPD -- Updated Laboratory Reports Related to Incident Report CN 15-019805
- Photographs Shown to Temple During Interview
- Recorded Interview of and Photographs Shown to Daniel Schaefer
- Recorded Interview of and Photographs Shown to Zach Schaefer
- Recorded Interview of Ian Reinhardt
- Recorded Interview of "Khaki"
- 911 Call(s) Related to Murder of Victim Thurmond
- March 28, 2015, Consent to Search Mobile Phone by Kelley Olsten
- April 24, 2015, Buccal Sample Consent by Co-defendant Syms
- May 14, 2015, Recorded Telephone Call with Anonymous Caller
- Recorded Prison Communications by Temple
- Temple Mobile Phone Records
- Victim Lacey Mobile Phone Records
- Victim Brown Mobile Phone Records
- Victim Thurmond Mobile Phone Records
- Crime Analysis Mapping Based Upon Mobile Phone Records
- Victim Lacey Criminal History
- Victim Schaefer Criminal History
- Victim Brown Criminal History
- Victim Thurmond Criminal History
- Victim Brown Medical Records
- Victim Thurmond Medical Records