# EXHIBIT 3

**December 2015 Summary of Retained Discovery**

    April 15, 2015, Recorded Interview of Individual 1

    Photographs Identified by Individual 1

    ATF Report of Investigation Number 2 Relating to Individual 1

    Advice of Rights and Waiver Form Executed by Individual 1

    Grand Jury Transcript of Individual 1

    ATF Report of Investigation Number 3 Relating to Individual 2

    ATF Report of Investigation Number 6 Relating to Individual 2

    Photographs Identified by Individual 2

    Advice of Rights and Waiver Form Executed by Individual 2

    Grand Jury Transcript of Individual 2

    ATF Report of Investigation Number 4 Relating to Individual 3

    Consent to Search Mobile Phone Executed by Individual 3

    Photographs Identified by Individual 3

    Advice of Rights and Waiver Form Executed by Individual 3

    Grand Jury Transcript of Individual 3

    Advice of Rights and Waiver Form Executed by Individual 4

    Grand Jury Transcript of Individual 4