UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:15CR00230 JAR (JMB) |
| Plaintiff, ) | |
| ) | Date:        To Be Set |
| v. ) | Time:        To Be Set |
| ) | Courtroom:   To Be Set |
| JACOBI R. TEMPLE, ) | |
| ) | Attached Documents: |
| Defendant. ) | 1.    Defendant's Reply In Support of |
| ) | Motion for Pretrial Discovery |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PRETRIAL DISCOVERY AND PREAUTHORIZATION DISCOVERY OUT OF TIME

COMES NOW defendant, by and through undersigned counsel, and for his Motion for Leave to File Reply in Support of Motion for Pretrial Discovery and Preauthorization Discovery Out of Time, states as follows:

1.     Defense counsel did not receive the government's response dated December 28, 2015, or the Court's Order dated December 14, 2015, until January 5, 2015.

2.     On January 5, 2015, defense counsel was advised by the court that notifications on the CM/ECF system were turned off for defense counsel's account.

3.     The court has advised defense counsel that notifications have now been turned back on for defense counsel's account.

4.     Defense counsel has acted promptly in the filing of this motion and the proposed Reply In Support of Motion for Pretrial Discovery is attached hereto as Exhibit "1".

WHEREFORE, defendant prays this Court grant defendant leave to file his Reply in Support of Motion for Pretrial Discovery and Preauthorization Discovery out of time, and for such other and further orders as this Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Joseph L. Green*
JOSEPH L. GREEN #36331MO
Attorney for Defendant
#1 McBride and Sons Center Drive, Suite 225A
Chesterfield, MO 63005
(636) 532-6600
Facsimile (636) 532-6602
joe@josephgreenlaw.com


*/s/ Daniel A. Juengel*
DANIEL A. JUENGEL #42784MO
Co-Counsel for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, MO 63105
(314) 725-7777
djuengel@fjrdefense.com


**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Thomas Rea
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102

*Joseph L. Green*
Joseph L. Green


**DECLARATION OF COUNSEL**

I declare that the factual averments in the foregoing motion and the attached memorandum of points and authorities are true and correct and based on my personal knowledge. Subscribed to by me this 10th day of December, 2015.

*/s/ Joseph L. Green*
JOSEPH L. GREEN