AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacobi R. Temple | ) | Case No.  4:15CR00230 JAR (JMB) |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Barbara Manuel-Crossman, Custodian of Records, St. Louis Metropolitan Police Department, 1915 Olive St., St. Louis, Missouri 63103

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thomas F. Eagleton Courthouse, 111 South 10th Street, Floor 15 St. Louis, Missouri 63102 | Courtroom No.: | 15th Floor, South Courtroom |
|---|---|---|---|
| | | Date and Time: | 01/20/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Complete, legible and unredacted copies of all documents, audio/visual recordings, photographs, and data contained on Attachment "A". These documents should be produced under seal for the Court's in camera review and may be produced on compact discs, or other electronic format provided the Court can access and view the materials. Any needed software to view or access should be installed within the electronic format provided.

Date: 1-12-16

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:15CR00230 JAR (JMB)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Barbara Manuel-Crossman, Custodian of Records St. Louis Metropolitan Police Department was received by me on *(date)* 1/12/16 .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the subpoena on *(name of individual)* Mary Navarro, Supervisor of Records SLMPD , who is designated by law to accept service of process on behalf of *(name of organization)* the St. Louis Metropolitan Police Department - Records on *(date)* 1/12/16 ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 42.00 .

My fees are $ ——— for travel and $ ——— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/12/16

_____
Server's signature

Daniel A. Juengel - Court Appointed Attorney for the Defendant
Printed name and title

7710 Carondelet, Suite 350, Clayton Mo. 63105
Server's address

Additional information regarding attempted service, etc:

ATTACHMENT A

The documents and records requested are related to the following Homicide Investigations and Complaint numbers:

- A. CN15-013998 involving the investigation of the homicide of Paige Shaefer and James Lacey and the shooting of Brittany Brown, Date of Offense – March 27, 2015, Location – 4467 Itaska, St. Louis, MO, 63116.

- B. CN15-014032 involving the investigation of the homicide of Tammie Thurmond, Date of Offense – March 27, 2015, Location – 4232 S. 37th Street, St. Louis, MO, 63116.

- C. CN15-019805 involving the arrest of Jacobi Temple on April 24, 2015.

- D. ATF Report #779045-15-0079

1. All police reports; supplemental reports; patrol, detective and supervisor memoranda, rough notes, lead reports including memorandum not included in the final reports, and any email responses and assignments involving leads and investigation.

2. The complete hard copy or electronic copy of the homicide files kept in or prepared by the Homicide/Crimes Against Persons section of the St. Louis Metropolitan Police Department.

3. Copies of any reports, notes, memorandum or emails prepared by other agencies co-investigating or aiding in the investigation of the above referenced complaint numbers and homicides that were received by, available to, or contained in the homicide files or St. Louis Metropolitan Police Department records.

4. All St. Louis City Metropolitan Police Department lab reports, DNA reports, forensic reports, ballistic/fire examiner reports, fingerprint reports, cell phone analysis reports, cell tower mapping reports, Sting Ray Device reports or interceptions including all bench notes.

5. All autopsy reports, medical legal investigator reports, ambulance/fire department reports, medical records of all victims obtained during the investigation.

6. All audio/video recordings including surveillance prepared, generated or obtained during the course of the investigation including but not limited to all 911 calls, radio dispatch calls and police vehicle audio and video recordings. All photographic evidence prepared or obtained during the investigation of the above noted complaint numbers and any related complaint numbers.