UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15CR00230 JAR |
| ) | |
| JACOBI TEMPLE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 327). On January 6, 2017, Defendant Temple filed a Motion to Dismiss Counts Two, Four, Five and Six of the Superseding Indictment (ECF No. 224). Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Dismiss Counts Two, Four, Five and Six of the Superseding Indictment.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on July 17, 2017 (ECF No. 327). Defendant Temple filed objections to the Report and Recommendation on July 31, 2017 (ECF No. 334). The Court finds that the Magistrate Judge's conclusions are supported by the evidence and Defendant Temple's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Dismiss Counts Two, Four, Five and Six of the Superseding Indictment (ECF No. 224) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's report and recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [327] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Counts Two, Four, Five and Six of the Superseding Indictment [224] is **DENIED**.

Dated this 4th day of August, 2017.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE